UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FERRARA FIRE APPARATUS, INC.

VERSUS

JLG INDUSTRIES, INC. AND
GRADALL INDUSTRIES, INC.

CIVIL ACTION

NO. 08-285-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 12, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to disqualify counsel (rec. doc. 10) filed by defendant, Ferrara Fire Apparatus, Inc., is denied.

Baton Rouge, Louisiana, March 23, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA