UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FERRRA FIRE APPARATUS, INC. | CIVIL ACTION |
| VERSUS | |
| JLG INDUSTRIES, INC. AND GRADALL INDUSTRIES, INC. | NO. 08-285-C |

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 21, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment on Plaintiff's Claims for Breach of Contract and/or Breach of Partnership/Joint Venture (rec. doc. 25) filed by defendants, JLG Industries, Inc. and Gradall Industries, Inc., is denied. Further, the Motion for Summary Judgment on Counterclaim (rec. doc. 26) is denied as moot.

Baton Rouge, Louisiana, March 4, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA